**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00721-CR
### No. 05-13-00722-CR

### CARL CLAUDE CAVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F10-57915-M, F10-57916-M

## ORDER

The Court **GRANTS** appellant's September 3, 2013 motion for extension of time to file appellant's brief. In his motion, appellant states a transcript of a punishment hearing was not filed with the reporter's record. However, the reporter's record contains a transcript of a hearing before the Honorable Pat McDowell on December 6, 2012 where appellant entered his pleas, gave his testimony, was found guilty, and was assessed punishment during that same hearing.

We **ORDER** appellant to file his brief within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE